AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| United States of America<br>v.<br>Boukary Fofana<br><br>*Defendant(s)* | Case No. **CR 25-71344-MAG** |

FILED
Nov 13 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 8, 2025__ in the county of __Monterey__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111(a) and (b) | Assault on a federal employee with a deadly or dangerous weapon |

This criminal complaint is based on these facts:

See affidavit of U.S. Postal Inspector Thang Bui, attached and incorporated.

☑ Continued on the attached sheet.

Approved as to form: AUSA Michael G. Pitman

/s/ Thang Bui/SvK w/permission
*Complainant's signature*

Thang Bui, U.S. Postal Inspector
*Printed name and title*

Sworn to before me by telephone.

Date: November 12, 2025

City and state: San Jose, CA

*Judge's signature*

Hon. Susan van Keulen, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF COMPLAINT**

I, Thang Bui, a United States Postal Inspector, Badge Number 6247 with the United States Postal Inspection Service, being duly sworn, state:

**INTRODUCTION AND AGENT BACKGROUND**

1. This affidavit is submitted in support of a request for the issuance of a criminal complaint against Boukary Fofona. Boukary Fofona will be referred to as FOFANA throughout this affidavit. FOFANA was involved in the assault of a U.S. Postal Service (USPS) Supervisor with the use of a deadly or dangerous weapon on November 8, 2025, in violation of 18 U.S.C. §§ 111(a) and (b). Because this affidavit is submitted for the purpose of obtaining an arrest warrant, I have not included each and every fact known to me in this case. Rather, I have set forth the facts that I believe are necessary to support probable cause for the issuance of an arrest warrant for FOFANA. For the reasons set forth below, I believe there is probable cause that FOFANA has committed the foregoing violations of federal law.

2. I am a Postal Inspector with the U.S. Postal Inspection Service (USPIS), and I have been employed with the USPIS since August 2006. I am currently assigned to the External Crimes & Mail Theft Team in San Jose, CA which investigates violent crimes directed at USPS employees, such as assaults and threats, and the theft of United States Mail and property. My team's current area of responsibility includes the Counties of Santa Cruz, Monterey, San Benito, Santa Clara, and San Mateo.

3. I have received training and investigated cases involving violent crimes, financial crimes, mail theft, computer and communications-related crimes, identity theft, and narcotics. I have undergone twelve weeks of Postal Inspector Basic Training in Potomac, MD. This training involved the investigation of violent crimes, mail theft, identity theft, drug trafficking, and fraud. I have received formal instruction from United States Postal Inspectors and other federal, state, and local law enforcement agents who have done extensive work in investigating workplace

1

violence, assaults, robberies, identity theft, mail fraud, mail theft, and burglaries.

4.  During my employment as a federal law enforcement officer, I have functioned as the case agent in numerous investigations involving workplace violence, assaults and threats, robberies, identity theft, theft of U.S. Mail, financial investigations, post office burglaries, and postal money orders. I have participated in numerous interviews of suspects, witnesses, and victims. I have authored numerous search warrants to further these investigations.

5.  Prior to my employment with the USPIS, I was employed as a loss prevention investigator with Macy's from 2003 through 2006, and then as a liability claims investigator with Farmer's Insurance during 2006. I earned a bachelor's degree in psychology from the University of California, Irvine in June 2003.

6.  I am an investigator and law enforcement officer of the United States. I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for offenses of Federal law, including robberies, assaults and threats, theft of mail, and identity theft. I am familiar with the facts as set forth herein from my personal observations, interviews with victims, observations by other investigators and law enforcement officers as related to me in conversation and in written reports, and from documents and other evidence obtained during the course of this investigation.

### STATEMENT OF PROBABLE CAUSE

7.  On November 8, 2025, at approximately 9:19 AM, a USPS Letter Carrier, identified by witnesses as Boukary FOFANA, walked into the employee area of a United States Post Office in Marina, CA, within the Northern District of California. According to these witnesses, FOFANA called out the name of a USPS Supervisor (Supervisor-1). At this time, Supervisor-1 was on duty and acting as an employee of the United States, specifically the United States Postal Service, and was sitting at his desk in the middle of the workroom floor. FOFANA then fired two rounds at the ceiling using a pistol. FOFANA fled the post office in a gold-

colored pickup truck after firing the shots. The Marina Post Office is located at 3100 De Forest Rd., Marina, CA 93933.

8. Postal employees called 911 and the Marina Police Department (MPD) immediately responded to the post office. MPD officers recovered two .40 caliber shell casings from the floor of the post office, and observed two bullet-sized holes in a ceiling tile. MPD officers contacted the Monterey County Sheriff's Office (MCSO) and requested deputies check FOFANA's residence, located in Monterey County, CA. FOFANA came outside of his residence (herein, "FOFANA's residence" or "the residence") upon arrival of the MCSO patrol vehicles. MCSO detained FOFANA without incident.

9. Upon my arrival at the Marina Post Office, I met with MPD officers and was briefed on the incident. I interviewed Supervisor-1, and he told me, among other things, that earlier in the morning at approximately 9:15 AM, he was sitting at his supervisor desk in the center of the employee workroom floor of the post office. He observed FOFANA walk into the post office from the employee entrance, and FOFANA shouted, "Hey [Supervisor-1]!" FOFANA then fired two rounds into the ceiling using a handgun, causing debris and glass shards from the light fixtures to fall down. FOFANA then ran out of the building. Supervisor-1 stated he felt threatened and was in fear for his safety, as his name was specifically called. FOFANA was wearing his USPS uniform during the incident. Supervisor-1 added that the gunfire was extremely loud.

10. At approximately 2:47 PM on November 8, 2025, Judge Murat A. Ozgur of the Superior Court of the State of California for the County of Monterey, issued a search warrant authorizing the search of FOFANA's residence, the three vehicles parked at the property, and FOFANA's person for firearms, ammunition, FOFANA's cellular devices, firearm parts and accessories, suspect indicia, and other things.

11. During the execution of the search warrant, the following items were located and seized pursuant to the search warrant:

3

a. A black Apple iPhone, inside of the front passenger cabin area of a gold-colored Chevrolet pickup truck bearing California license plate 38044M1 parked at the residence. The lock screen of this iPhone showed a photo of a portion of FOFANA's face. This vehicle also contained indicia belonging to FOFANA and his clothing. This vehicle was registered to both FOFANA and FOFANA's mother (Person-1).

b. FOFANA's USPS identification badge, found inside of a bag in the front passenger cabin area of the gold-colored Chevrolet pickup truck.

c. A Glock 27 .40 caliber handgun, bearing serial number CBKX837, with one loaded magazine inserted and two additional loaded magazines next to it, found on top of the dining room table in the residence.

d. A Sig Sauer P365 9mm handgun, bearing serial number 66G017764, with one loaded magazine inserted, found in the nightstand of what appeared to be Person-1's bedroom.

e. Miscellaneous varieties of ammunition inside of the bathroom connected to Person-1's bedroom.

f. f.      A Springfield Armory AR-15 style rifle, chambered in .223, bearing serial number ST652800, with one loaded magazine inserted, found in the corner of a room that appeared to be FOFANA's bedroom due to the items of indicia and clothing found within the room.

g. Over 1000 rounds of .223, 9mm, and .40 ammunition in the closet of FOFANA's bedroom.

h. Cases for these three firearms, found in FOFANA's bedroom.

12. It should be noted that all firearms recovered appear to have been legally registered to FOFANA. Indicia belonging to FOFANA was observed throughout the residence.

13. During the execution of the search warrant, Person-1 told one of the MPD officers that a person she did not identify had told FOFANA to shoot his gun at the post office.

4

## CONCLUSION

14. Based upon the above-summarized facts, there is probable cause to believe that, on November 8, 2025, Boukary FOFANA violated 18 U.S.C. §§ 111(a) and (b), assault of a federal employee with the use of a deadly or dangerous weapon, specifically Supervisor-1. Accordingly, I respectfully request that a warrant for the arrest of Boukary FOFANA be issued. I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Respectfully submitted,

/s/ Thang Bui/SvK w/permission
THANG BUI
US Postal Inspector
US Postal Inspection Service

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 12th day of November, 2025.

HON. SUSAN VAN KEULEN
United States Magistrate Judge

5