CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone:    (408) 535-5040
Fax:          (408) 535-5066
Email:   michael.pitman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BOUKARY FOFANA, <br><br> Defendant. | NO. 5:25-mj-71344-MAG <br><br> STIPULATION TO EXCLUDE TIME FROM DECEMBER 4, 2025, TO DECEMBER 11, 2025, AND [PROPOSED] ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Boukary Fofana, that time be excluded under the Speedy Trial Act from December 4, 2025, through December 11, 2025.

At the detention hearing held on December 4, 2025, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until December 11, 2025, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from December 4, 2025, through December 11, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §

3161(h)(7)(A), (B)(iv).  The parties further stipulate and agree that, given the need to investigate matters which may bear on the disposition in the case, good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), and the 30-day time period of an indictment under the Speedy Trial Act.  *See* 18 U.S.C. § 3161(b).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: December 11, 2025                                /s/
                                                                         MICHAEL G. PITMAN
                                                                         Assistant United States Attorney


DATED: December 11, 2025                                /s/
                                                                         SOPHIA MARIA WHITING
                                                                         Counsel for Defendant Boukary Fofana


## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on December 4, 2025, and for good cause shown, the Court finds that failing to exclude the time from December 4, 2025, through December 11, 2025, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from December 4, 2025, to December 11, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 4, 2025, through December 11, 2025, shall be excluded from computation under the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A), (B)(iv)).  The Court further finding good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act, IT IS HEREBY ORDERED that the time from December 4, 2025, through December 11, 2025, shall be excluded from the time limits for a preliminary

1  hearing under Federal Rule of Criminal Procedure 5.1(d), and from the 30-day time period of an
2  indictment under the Speedy Trial Act (18 U.S.C. § 3161(b)).

4      IT IS SO ORDERED.

6  DATED: __December 19, 2025__

                                  VIRGINIA K. DEMARCHI
                                  United States Magistrate Judge